# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

ISAAC KANAMWANGI                                                                    PLAINTIFF
ADC #163272

VS.                                    4:19CV00251-BRW

WINBURN E. MELVGIN JR.; *et al*.                                              DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendants' Motion for Partial Summary Judgment (Doc. No. 11) is GRANTED. Plaintiff's claims against Defendant Melvgin are DISMISSED without prejudice. Plaintiff's equal protection claims are DISMISSED without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 14th day of August, 2019.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE