# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ISAAC KANAMWANGI                                                                                         PLAINTIFF
ADC #163272

v.                                            4:19cv00251-BRW-JJV

WINBURN E. MELVGIN JR.; *et al*.                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the magistrate judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3.        The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Isaac Kanamwangi ("Plaintiff") filed this action on April 12, 2019 while he was an inmate in the Arkansas Department of Correction; he alleged Defendant DeAngelo Earl violated his constitutional rights by not allowing him to wear his hair in dreadlocks.[1]  (Doc. No. 2.)  Plaintiff sued Defendant Earl in his official capacity and sought injunctive relief only.  (*Id*. at 2, 8.)  Plaintiff is no longer incarcerated in the Arkansas Department of Correction; he is now at the LaSalle Detention Facility in Louisiana.  (Doc. No. 16.)

Defendant Earl has filed a motion to dismiss for lack of jurisdiction.  (Doc. No. 22-23).  He correctly argues that Plaintiff's request for injunctive relief is now moot because Plaintiff is no longer in the custody of the Arkansas Department of Correction.  (Doc. No. 23.)  See *Martin v. Sergeant*, 780 F.2d 1334, 1337 (8th Cir. 1985) ("[A] prisoner's claim for injunctive relief . . . is moot if he or she is no longer subject to [the] conditions.")  Because Plaintiff's claim is moot, there is no active case or controversy and this Court lacks jurisdiction.  U.S. CONST., Article III, § 2.  If jurisdiction is lacking, a court must dismiss the action.  FED. R. CIV. 12(h)(3).

---

[1] Plaintiff also sued Winburn E. Melvgin, Jr., but those claims were dismissed earlier.  (Doc. No. 18.)

Because this issue is clear, I am making this Recommendation before Plaintiff's time to respond has expired. He may make his response in the form of objections to the Recommendation, if he chooses to object.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 2) be DISMISSED with prejudice and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 22nd day of October 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE