IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ISAAC KANAMWANGI**                                                          **PLAINTIFF**
**ADC #163272**

VS.                          **4:19CV00251-BRW**

**WINBURN E. MELVGIN JR.**, *et al*.                            **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice; and

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of November, 2019.


                                                           <u>Billy Roy Wilson</u>_____
                                                           UNITED STATES DISTRICT JUDGE