# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ISAAC KANAMWANGI**  PLAINTIFF
**ADC #163272**

VS.  **4:19CV00251-BRW**

**WINBURN E. MELVGIN JR.,** *et al*.  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of November, 2019.


                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE